UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ANGELA BROWN  CASE NO: 16-32173-DHW
5685 EXPRESS DR APT A-11
MONTGOMERY, AL 36117

Soc. Sec. No. XXX-XX-7254
Debtor.

## INCOME WITHHOLDING ORDER

TO: PRATTVILLE SENIOR SERVICES
ATTN PAYROLL
2335 CANDIES LN NW
CLEVELAND, TN 37312

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that PRATTVILLE SENIOR SERVICES withhold from the wages, earnings, or other income of this debtor the sum of **$92.00 SEMI-MONTHLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE**
**16-32173-DHW ANGELA BROWN**
**P O BOX 613108**
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Friday, August 19, 2016.

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge