UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 16−32173
　　　Chapter 13
Angela Brown,

　　　Debtor.

**PURSUANT TO LBR 1017−1, BANKR. M.D. ALA., THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE, UNLESS A RESPONSE IS FILED AND SERVED UPON THE PARTY SERVING THIS NOTICE WITHIN 21 DAYS OF SERVICE, OR THE INDICATED DEFICIENCIES ARE CURED. RESPONSES MUST BE FILED ELECTRONICALLY OR SENT BY U.S. MAIL TO:**

Clerk, U.S. Bankruptcy Court
One Church Street
Montgomery, AL 36104

### NOTICE OF DISMISSAL

Notice is hereby given that the debtor in the above referenced case has failed to:

- ☐ Fully cure the deficiencies noted in the Notice of Deficiency filed and noticed shortly after the filing of the case.

- ☑ Pay the required filing fee in installments as directed in the Order Approving Payment of Filing Fee in Installments and/or pay the required filing fee in full within 120 days after the filing of the petition.

Unless a response to this notice is filed within 21 days of service or the deficiency is cured, the case may be dismissed without further notice. Responses must indicate cause as to why the case should not be dismissed and be filed electronically.

Dated December 14, 2016

Juan−Carlos Guerrero
Clerk of Court

United States Bankruptcy Court
Middle District of Alabama

In re:  
Angela Brown  
     Debtor

Case No. 16-32173-DHW  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1127-2     User: lbodden     Page 1 of 1     Date Rcvd: Dec 14, 2016  
                     Form ID: ndsmneg     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2016.
```
db            +Angela Brown,    5685 Express Drive,    Apt. A-11,    Montgomery, AL 36116-0311
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2016 at the address(es) listed below:
```
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Joshua C. Milam    on behalf of Debtor Angela  Brown jmilam@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Leonard N. Math    on behalf of Creditor    THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, AN
               AFFILIATE OF UAB HEALTH SYSTEM DBA BAPTIST SOUTH noticesmd@chambless-math.com
              Richard D. Shinbaum    on behalf of Debtor Angela  Brown rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                             TOTAL: 5
```